| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>REINHARDT, STEPHEN R | 2. Court or Organization<br><br>US COURT OF APPEALS 9TH CIRC | 3. Date of Report<br><br>05/09/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>312 NORTH SPRING STREET<br>ROOM 1747<br>LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 - ███████████ TRUST-EXEMPT C |
| 2. TRUSTEE | TRUST #2 - ███████████ TRUST-NON-EXEMPT C |
| 3. TRUSTEE | TRUST #3 - ██████████ TRUST DTD 4/21/95 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 15 A 10: 30 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 05/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ACLU FOUNDATION OF SO CALIF/ WAGES |
| 2. 2005 | AMERICAN CIVIL LIBERTIES UNION INC OF SOUTHERN CALIF/ WAGES |
| 3. 2005 | REGENTS OF THE UNIVERSITY OF CALIFORNIA UC RETIREMENT SYSTEM/ RETIREMENT ACCOUNT DISTRIBUTION |
| 4. 2005 | FRANCES LEAR ESTATE (EXECUTOR FEES) |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. IDAHO ASSOCIATION OF CRIMINAL DEFENSE LAWYERS (SUN VALLEY, ID) | 3/11/05 - 3/12/05: IDAHO ASSOCIATION OF CRIMINAL DEFENSE LAWYERS ANNUAL DINNER |
| 2. HARVARD LAW SCHOOL (NEW YORK, NY) *Boston, MA* | 4/3/05 - 4/5/05: HARVARD SCHOOL OF LAW SPEECH. |
| 3. BOALT SCHOOL OF LAW (BERKELEY, CA) | 4/12/05: JAMES PATTERSON MCBAINE HONORS MOOT COURT COMPETITION |
| 4. AMERICAN CONSTITUTION SOCIETY (STANFORD, CA) | 4/25/05: ACS JUDICIAL NOMINATIONS PANEL AT STANFORD SCHOOL OF LAW |
| 5. AMERICAN CONSTITUTION SOCIETY (WASHINGTON, DC) | 7/30/05: AMERICAN CONSTITUTION SOCIETY NATIONAL CONVENTION |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 05/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1: CNB -100 | | | | | | | | | |
| 2. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 1 | A | Dividend | J | T | | | | | |
| 3. - FEDERATED AMERICAN LEADERS FD CL C(FALCX) 1 | D | Dividend | L | T | | | | | |
| 4. CITY NATIONAL CHECKING ACCOUNTS | | | P1 | T | | | | | |
| 5. UNION BANK CHECKING | | | J | T | | | | | |
| 6. BROKERAGE ACCOUNT #2: CNB -500 | | | | | | | | | |
| 7. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 2 | A | Dividend | J | T | | | | | |
| 8. - COLUMBIA LIFEGOAL BALANCED GROWTH FD C 2 | C | Dividend | M | T | NAME CHANGE | | | | See Note 1 Part VIII |
| 9. TRUST #1 - ▇▇▇▇▇ TRUST-EXEMPT C | E | Distribution | | | | | | | See Note 2 Part VIII |
| 10. BROKERAGE A/C #3 CNB 400 | | | | | | | | | |
| 11. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 | B | Dividend | L | T | | | | | |
| 12. - CA ST ECONOMIC REC 3.179% 7/1/23 | A | Interest | L | T | BUY | 9/2 | L | | |
| 13. - L.A. CA DWP 3.28% 7/1/34 | A | Interest | L | T | BUY | 12/20 | L | | |
| 14. - CALIFORNIA ST PUB WKS BRD LEASE REV 3.000% 12/01/06 | A | Interest | K | T | | | | | |
| 15. - CALIFORNIA ST GENL OBLIG 4.100% 2/01/07 | A | Interest | K | T | | | | | |
| 16. - CALIF ST CONSUMER PWR & CONSV REV 4.000% 3/01/07 | C | Interest | M | T | | | | | |
| 17. - CALIFORNIA ST GENL OBLIG 5.000% 3/01/09 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001- $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - THREE VALLEYS MUN WTR DIST CALIF REV 4.250% 11/01/09 | D | Interest | M | T | | | | | |
| 19. - GLENDALE CALIF ELEC WKS REV 5.750% 2/01/12 | D | Interest | M | T | | | | | |
| 20. - NEW JERSEY ST EDU FAC AUTH REV 5.000% 12/01/06 | D | Interest | M | T | | | | | |
| 21. - WISCONSIN ST GENL OBLIG 3.000% 5/01/08 | C | Interest | M | T | | | | | |
| 22. - KENDAIL KANE & WILL CNTYS ILL CMNTY 4.800% 10/01/08 | C | Interest | M | T | | | | | |
| 23. - UNIVERSITY ARK UNIV REV 5.000% 12/01/09 | C | Interest | M | T | | | | | |
| 24. - MASSACHUSETTS ST GENL OBLIG 5.250% 8/01/11 | D | Interest | M | T | | | | | |
| 25. - SAN ANTONIO TEXAS GENL OBLIG 5.300% 8/01/12 | D | Interest | M | T | | | | | |
| 26. - OPPENHEIMER INTL BOND FD CL A | E | Dividend | N | T | | | | | |
| 27. - CNI CHARTER HIGH YIELD BOND FUND INSTITUITIONAL CLASS | F | Dividend | | | LIQUIDATED | 12/27 | L | E | |
| 28. - CALIFORNIA ST PUB WKS BRD LEASE REV 3.000% 12/01/05 | A | Interest | | | MATURED | 12/20 | J | | |
| 29. - MODESTO CALIF IRR DIST FING AUTH REV 5.750% 9/01/22 | D | Interest | | | LIQUIDATED | 9/1 | J | | |
| 30. ACACIA II PARTNERS, L.P. | | | | T | LIQUIDATED | 9/2 | J | G | |
| 31. ACACIA PARTNERS, L.P. | | | P1 | T | BUY | VAR | P1 | | |
| 32. BROKERAGE A/C #4 CNB 200 | | | | | | | | | |
| 33. - CNI CHARTER FUNDS | D | Interest | K | T | | | | | |
| 34. - CA ST DEV AUTH REV 2.702% 8/15/27 | A | Interest | L | T | BUY | 8/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - CA ST GEN OBLIG 3.271% 5/1/34 | A | Interest | L | T | BUY | 8/26 | L | | |
| 36. - CA ST GEN OBLIG 3.171% 5/1/34 | A | Interest | L | T | BUY | 8/29 | L | | |
| 37. - NP BEACH CA REV 2.752% 10/1/22 | A | Interest | L | T | BUY | 9/2 | L | | |
| 38. - CALIFORNIA ST 9.75% 2/1/08 | C | Interest | L | T | | | | | |
| 39. - CALIFORNIA ST 6.4% 9/1/08 | D | Interest | M | T | | | | | |
| 40. - CALIFORNIA ST 9.2% 10/1/08 | C | Interest | K | T | | | | | |
| 41. - TURLOCK CALIF IRR DIST REV 5.000% 1/01/09 | B | Interest | L | T | | | | | |
| 42. - SANTA CLARA VY CALIF SALES TAX REV 5.500% 4/01/36 | B | Interest | K | T | | | | | |
| 43. - WASHINGTON ST GENL OBLIG 5.500% 9/01/07 | B | Interest | K | T | | | | | |
| 44. TRUST #2 - ███████ TRUST-NON-EXEMPT C | G | Distribution | | | | | | | See Note 3 Part VIII |
| 45. - BROKERAGE A/C #5 CNB 300 | | | | | | | | | |
| 46. - CNI CHARTER FDS | C | Interest | L | T | | | | | |
| 47. - EAST BAY CA MUD 4.750% | C | Dividend | M | T | BUY | 2004 | L | | See Note 4 Part VIII |
| 48. SCHWAB INSTITUTIONAL IRA | | | J | T | | | | | |
| 49. JOHN HANCOCK LIFE INS CO - ANNUITY | D | Distribution | M | W | | | | | |
| 50. SYMETRA LIFE INS CO - ANNUITY | C | Distribution | K | W | | | | | |
| 51. MERRILL LYNCH IRA -P48 | D | Distribution | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MERRILL LYNCH RETIREMENT RESERCES CL | | | J | T | BUY | | | | |
| 53. - ML BASIC VALUE FD CL I | | | J | T | BUY | 6/17 | J | | |
| 54. - ML FUNDAMENTAL GROWTH I | | | J | T | BUY | 6/17 | J | | |
| 55. - ML INTL VALUE FD CL I | | | J | T | BUY | 6/17 | J | | |
| 56. - ML LARGE CAP CORE | | | J | T | BUY | 6/17 | J | | |
| 57. - ML SMALL CAP GROWTH FUND | | | J | T | BUY | 6/17 | J | | |
| 58. - ML VALUE OPP FD CL I | | | J | T | BUY | 6/17 | J | | |
| 59. - ML BD FD HIGH INC PT I | | | J | T | BUY | 6/17 | J | | |
| 60. - ML BOND FD CORE BD PTF | | | K | T | BUY | 6/17 | J | | |
| 61. - ML LOW DURATION | | | K | T | BUY | 6/17 | J | | |
| 62. - NATIONS LIFE GOAL BALANCED GROWTH FUND | | | | | SELL | 6/17 | J | A | |
| 63. - ML BANK RASP USA MONEY MARKET | | | | | SELL | 6/17 | J | A | |
| 64. MERRILL LYNCH IRA XXXA68 | | | K | T | | | | | |
| 65. - MERRILL LYNCH REITIREMENT RESERVES - CL | | | J | T | | | | | |
| 66. - MLJWT STRAT ALLOC FUND | | | K | T | | | | | |
| 67. MERRYL LYNCH ACLU DEFRD COMP PLAN IRREV TR -C08 | | | N | T | | | | | |
| 68. -CMA MONEY FUND | | | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - ML BASIC VALUE FD CL I | | | K | T | | | | | |
| 70. - ML FUNDAMENTAL GROWTH I | | | K | T | | | | | |
| 71. - ML EQUITY DIVIDEND CL I | | | J | T | | | | | |
| 72. - ML GLOBAL FINANCIAL SVCS | | | K | T | BUY | 3/10 | J | | |
| 73. - ML GLOBAL SMALLCAP CL I | | | J | T | | | | | |
| 74. - ML GLOBAL ALLOCATION I | | | K | T | | | | | |
| 75. - ML LARGE CAP CORE FUND CL I | | | L | T | | | | | |
| 76. - ML BOND FD CORE BD PTF CL I | | | L | T | | | | | |
| 77. MERRILL LYNCH -390AXA ROSENBERG US SM CAP POLARIS PROTECTOR | | | N | T | | | | | |
| 78. - ALLIANCE GROWTH FUND | | | J | T | | | | | |
| 79. - AMERICAN FUNDS GROWTH INCOME | | | J | T | | | | | |
| 80. - DAVIS VENTURE VALUE | | | J | T | | | | | |
| 81. - FEDERATED AMERICAN LEADERS | | | J | T | | | | | |
| 82. - FOREIGN VALUE FUND | | | J | T | | | | | |
| 83. - INTERNATIONAL DIVERSIFIED EQUITIES FUND | | | J | T | | | | | |
| 84. - MFS MASSACHUSETTS INVESTOR TRUST | | | J | T | | | | | |
| 85. - VAN KAMPEN LIT GROWTH AND | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| INCOME | | | | | | | | | |
| 86. - CAPITAL APPRECIATION FUND | B | Dividend | J | T | | | | | |
| 87. - GROWTH FUND | B | Dividend | J | T | | | | | |
| 88. - CORPORATE BOND FUND | B | Dividend | J | T | | | | | |
| 89. - GOVERNTMENT AND QUALITY BOND FUND | D | Dividend | J | T | | | | | |
| 90. - CASH FUNDS | B | Interest | J | T | | | | | |
| 91. RENTAL PROPERTY #I, LAGUNA NIGEL | | | | | NOT AN INV. | | | | See Note V Part VIII |
| 92. BANK OF THE WEST | | | | | NOT MATERIAL | | | | See Note VI Part VIII |
| 93. REGENTS OF UNIV. OF CALIF, UC RETIREMENT SYSTEM | | | | | NOT AN INV. | | | | See Note VII Part VIII |
| 94. SCHWAB 1000 | | | | | NOT AN INV. | | | | See Note VIII Part VIII |
| 95. - AXA ROSENBERG SMALL US SMALL CAP | | | | | NOT AN INV. | | | | See Note VIII Part VIII |
| 96. - TWEEDY BROWNE GLOBAL VAL | | | | | NOT AN INV. | | | | See Note VIII Part VIII |
| 97. - AXA ROSENBERG INTL SMALL CAP | | | | | NOT AN INV. | | | | See Note VIII Part VIII |
| 98. - DFA EMERGING MARKETS PORT | | | | | NOT AN INV. | | | | See Note VIII Part VIII |
| 99. - DFA 5 YR GOVT PORT | | | | | NOT AN INV. | | | | See Note VIII Part VIII |
| 100. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100.000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1: - NATIONS LIFEGOAL BALANCED GROWTH FD C changed its name to - COLUMBIA  LIFEGOAL BALANCED GROWTH FD C 2 on Sept 30, 2005.

NOTE 2: TRUST #1 - ███████████ TRUST - EXEMPT C contains BROKERAGE ACCOUNT #3: CNB-400. This brokerage account had income in 2005 consisting of interest, dividends, capital gains, and distributions. TRUST #1 - ███████████ EXEMPT C also holds the following partnerships which had no cash income reported: Acacia Partners, and Acacia II Partners (liquidated in 2005).

NOTE 3: TRUST #2 - ███████████ TRUST - NON-EXEMPT C contains BROKERAGE ACCOUNT #5: CNB-300. This brokerage account had income in 2005 consisting of interest, dividends, and capital gains.

NOTE 4: - EAST BAY CA MUD 4.750% was purchased on 1/14/2004, but was omitted from the 2004 disclosures in error.

NOTE 5: - RENTAL PROPERTY #1, LAGUNA NIGEL was improperly reported in 2004; this asset is not owned by Judge Reinhardt, his spouse, or any related trusts.

NOTE 6: - BANK OF THE WEST was improperly reported in 2004; this asset does not meet the minimum thresholds for balance or income.

NOTE 7: - REGENTS OF UNIV. OF CALIF, UC RETIREMENT SYSTEM was improperly reported in 2004; this asset is not owned by Judge Reinhardt, his spouse, or any related trusts. It is retirement income and is correctly reported in section III-B.

NOTE 8: - SCHWAB 1000 and it's component investments was improperly reported in 2004; this asset is not owned by Judge Reinhardt, his spouse, or any related trusts.

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 05/09/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _June 13, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544